UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| BRANCH TOWERS, LLC, and T-MOBILE SOUTH, LLC, | ) ) ) | |
| Plaintiffs/Petitioners, | ) ) | |
| v. | ) ) | No. 3:15-cv-00487 Judge Phillips |
| THE CITY OF KNOXVILLE, TENNESSEE and THE CITY COUNCIL OF THE CITY OF KNOXVILLE, TENNESSEE consisting of FINBARR SAUNDERS, DUANE GRIEVE, MARSHALL STAIR, NICK DELLA VOLPE, NICK PAVLIS, DANIEL BROWN, BRENDA PALMER, GEORGE WALLACE and MARK CAMPEN, | ) ) ) ) ) ) ) ) ) | |
| Defendants/Respondents. | ) | |

## ORDER

For the reasons set forth in the accompanying memorandum opinion, the plaintiffs' motion for summary judgment [Doc. 27] is **GRANTED**. The defendants' denial of plaintiffs' application is **REVERSED** and the defendants are hereby **ORDERED** to grant the application and to provide any and all permits or approvals necessary for the construction of the proposed wireless facility. The Clerk is **DIRECTED** to close this case.

IT IS SO ORDERED.

                                                          s/ Thomas W. Phillips
                                        SENIOR UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
    s/ *Debra C. Poplin*
    CLERK OF COURT